# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DERRICK S. WILLIAMS, | : | HABEAS CORPUS |
| Petitioner, | : | 28 U.S.C. § 2254 |
| | : | |
| v. | : | |
| | : | CIVIL ACTION NO. |
| U.S. DISTRICT COURT | : | 1:13-CV-1449-TWT-JSA |
| NORTHERN DISTRICT OF GA, | : | |
| Respondent. | : | |

## FINAL REPORT AND RECOMMENDATION

Petitioner Derrick S. Williams filed a habeas corpus petition under 28 U.S.C. § 2254. On July 26, 2013, the undersigned entered an order directing Petitioner to submit the filing fee or a financial affidavit seeking leave to proceed *in forma pauperis*. [Doc. 2]. The order also directed Petitioner to amend his habeas corpus petition to provide a procedural history of his case. [*Id.*].

On August 28, 2013, the order that was mailed to Petitioner by the Clerk was returned to the Court as undeliverable and marked, "Subject Released." [Doc. 3]. The undersigned has reviewed the petition filed by Petitioner in this case and has been unable to locate an alternate address for him. As of this date, Petitioner has not informed the Court of his release or his current whereabouts.

AO 72A
(Rev.8/82)

Local Rule 41.2C. provides that "[t]he failure . . . of a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal . . . ." Because Petitioner has not notified the Court of a change in his address, **IT IS RECOMMENDED** that Petitioner's petition be **DISMISSED WITHOUT PREJUDICE** under Local Rule 41.2C.

The Clerk is **DIRECTED** to terminate the referral to the undersigned magistrate judge.

**IT IS SO RECOMMENDED** this 3rd day of September, 2013.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)