IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DERRICK S. WILLIAMS,

   Petitioner,

      v.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF GA,

   Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-1449-TWT

ORDER

This is a pro se habeas corpus action.  It is before the Court on the Report and Recommendation [Doc.  4] of the Magistrate Judge recommending dismissing the action without prejudice.   The Court approves and adopts the Report and Recommendation as the judgment of the Court.  This action is DISMISSED.

SO ORDERED, this 27 day of September, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Williams\13cv1449\r&r.wpd